IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. D'ALESSANDRO<br><br>    Plaintiff,<br><br>    v.<br><br>BOROUGH OF JEFFERSON HILLS,<br>BOROUGH OF JEFFERSON HILLS POLICE<br>DEPARTMENT, MAYOR MARY E.<br>LARCINESE, individually and in<br>her official capacity, and CHIEF<br>OF POLICE JOHN L. MAPLE,<br>individually and in his official<br>capacity.<br><br>    Defendants | **2:03cv1035**<br>**Electronic Filing**<br><br>Judge Cercone<br>Magistrate Judge Caiazza |

### MEMORANDUM ORDER

On July 10, 2003, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On January 10, 2006, the magistrate judge issued a Report and Recommendation (Document No. 34) recommending that the District Court deny the Defendants' Motion for Summary Judgment (Document No. 25). Service of the Report and Recommendation was made on all parties and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this ___9TH___ day of February, 2006, IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment in this matter is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza dated January 10, 2006 is hereby adopted as the opinion of the court.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David Stewart Cercone
　　　　　　　　　　　　　　　　United States District Judge

cc:   Francis X. Caiazza
      U.S. Magistrate Judge

      Thomas P. McGinnis, Esquire
      Suzanne B. Merrick, Esquire
      Thomas, Thomas & Hafer
      One Oxford Center
      301 Grant Street Suite 1150
      Pittsburgh, PA 15219

      Joel S. Sansone, Esquire
      Scanlon & Sansone
      428 Forbes Ave.
      2300 Lawyers Bldg.
      Pittsburgh, PA 15219